UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ONLY PROPERTIES, LLC,                                   :

                                                        :

                                    Plaintiff,          :

                        -against-                       :

                                                        :            26-CV-02233 (VEC)

                                                        :

HAYLEY LOWE,                                            :                ORDER

                                                        :

                                    Defendant.          :

---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 18, 2026, Plaintiff filed a Complaint against Defendant Hayley

Lowe, in which it alleged that this Court has subject matter jurisdiction pursuant to 28 U.S.C.

§ 1332.  Compl., Dkt. 1 ¶ 4;

WHEREAS "a limited liability company has the citizenship of its members," *see Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021);

WHEREAS when a complaint that invokes federal jurisdiction on the basis of diversity

of citizenship and one or more of the parties is an LLC, it must allege the citizenship of natural

persons who are members of the LLC and the place of incorporation and principal place of

business of any corporate entities that are members of the LLC (including the citizenship of any

members of the LLC that are themselves LLCs), *see Handelsman v. Bedford Vill. Assocs. L.P.*,

213 F.3d 48, 51–52 (2d Cir. 2000); and

WHEREAS the Complaint alleges that Plaintiff is a "New York limited liability

company" with a principal place of business in New York City, Compl. ¶ 2, but does not allege

the identity or citizenship of any of its members.

2

   IT IS HEREBY ORDERED that, not later than **Tuesday, March 31, 2026**, Plaintiff must

file an Amended Complaint alleging the identity and citizenship of each member of Only

Properties LLC.  Assuming the parties are diverse, and this case is not dismissed for lack of

subject matter jurisdiction, Plaintiff is reminded that it must serve the Amended Complaint upon

Defendant.


**SO ORDERED.**

**Date:  March 24, 2026**                                    _____
       **New York, New York**                           **VALERIE CAPRONI**
                                                        **United States District Judge**