UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

ONLY PROPERTIES, LLC,                                            :
                                                                 :
                                              Plaintiff,         :
                        -against-                                :
                                                                 :          26-CV-02233 (VEC)
                                                                 :
HAYLEY LOWE,                                                     :          ORDER
                                                                 :
                                              Defendant.         :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 26, 2026, the Court issued an order scheduling an initial pretrial conference in this matter on June 12, 2026, with a pre-conference joint letter and proposed case management plan due June 4, 2026, *see* Dkt. 9;

WHEREAS no filing was made on June 4, 2026;

WHEREAS on June 5, 2026, the Court notified counsel for Plaintiff (the only party that has appeared thus far in this action) that the filing deadline had passed; and

WHEREAS of today, June 9, 2026, no filing has been made.

IT IS HEREBY ORDERED that the parties must file the pre-conference joint letter and proposed case management plan not later than **tomorrow, June 10, 2026, at 12:00 P.M.**  If the parties are unable to make the filing by that time, they must file a letter explaining why they are unable to do so.  Continued failure to adhere to Court-ordered deadlines may result in sanctions.

**SO ORDERED.**

**Date:  June 9, 2026**                                    _____
      **New York, New York**                                    **VALERIE CAPRONI**
                                                         **United States District Judge**