# AFFIDAVIT OF DUE DILIGENCE

**State of New York** **County of Southern**

Index Number: 1:26-CV-02233-VEC
Date Filed: __________

Plaintiff:
**ONLY PROPERTIES, LLC**

vs.

Defendant:
**HAYLEY LOWE**

For:
Robert R. Moore
Moore & Goodman, PLLC
70 Lafayette St., Fl. 3
New York, NY 78676

Received by Tom Kroll on the 3rd day of April, 2026 at 8:04 am to be served on **HAYLEY LOWE, 100 Water Park Road, Wimberly, Hays County, TX 78676**.

I, Tom Kroll, being duly sworn, depose and say that on the **30th day of May, 2026** at **12:27 pm, I:**

**AFFIXED** a true copy of the **SUMMONS IN A CIVIL ACTION, with attached AMENDED COMPLAINT** to the door at the address of: **100 Water Park Road, Wimberly, Hays County, TX 78676**, the same being the defendant/respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION, with attached AMENDED COMPLAINT** in a postpaid envelope to the address of: **100 Water Park Road, Wimberly, Hays County, TX 78676** bearing the words "Personal & Confidential" by First Class Mail on **6/2/2026** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
4/6/2026 5:53 pm Attempted service at 100 Water Park Road, Wimberly, TX 78676. This is a fenced and gated property. Unable to gain access. Did not see any vehicles from the gate. Left notice on gate. Neighboring proerties also fenced and gated.
4/15/2026 1:10 pm Attempted service at 100 Water Park Road, Wimberly, TX 78676. Gate still closed. Notice removed. Unable to see any vehicles or people on property. Left another notice on the gate. Unable to make contact with neighbors.
4/18/2026 8:19 am Attempted service at 100 Water Park Road, Wimberly, TX 78676. Gate still closed. Notice removed. No vehicles or people seen on property. Left another notice on the gate. Unable to make contact with neighbors.

I certify that I am over the age of 18 and have no interest in the above action. I am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are true, correct and within my personal knowledge.

Subscribed and Sworn to before me on the 9th day of June, 2026 by the affiant who is personally known to me.

_______________________
NOTARY PUBLIC

TRAVIS WYATT
Notary Public, State of Texas
Comm. Expires 02-06-2029
Notary ID 126796332

_______________________
**Tom Kroll**
PSC-3012, Exp. 08/31/2027

6/9/2026
_______________________
**Date**

**Wyatt Process Service, LLC**
**1801 Red Bud Lane**
**Suite B-218**
**Round Rock, TX 78664**
**(512) 501-4391**

Our Job Serial Number: WYT-2026000461

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d