# EXHIBIT 2

moore & goodman pllc
attorneys at law

**Robert Moore <robert@mooregoodmanlaw.com>**

# 26-cv-02233-VEC Only Properties, LLC v. Hayley Lowe

1 message

**Robert Moore** <robert@mooregoodmanlaw.com> Tue, Jun 9, 2026 at 4:36 PM
To: LOWEHAYLEY@gmail.com

Ms. Lowe,

As you know, Plaintiff has commenced an action against you in Federal Court. Please see attached for Amended Complaint.

Pursuant to the Court's NOTICE OF INITIAL PRETRIAL CONFERENCE Order, which I've also attached hereto, the parties were supposed to complete a joint statement and submit a civil case management plan by June 4, 2026. Although I believe you have received the Summons and Amended Complaint in Texas, you have not appeared or filed an answer. I also understand that you are or were an attorney, and am emailing you at this email address because it is the one you designated for your New York attorney registration, although same is currently delinquent.

The Court has ordered us to file the Civil Case Management Plan and Joint Statement by tomorrow (6/10) at noon. If I do not hear from you by 10 AM tomorrow, then I will file the attached Civil Case Management Plan and "joint" statement. In the event you have edits to the joint statement or Civil Case Management Plan, please make them directly or email them to me and I will incorporate them and file.

Thank you for your prompt attention to this matter.

mg
Robert R. Moore
Moore & Goodman, PLLC
70 Lafayette Street, Third Floor
New York, NY 10013
P: (917) 740-2910
mooregoodmanlaw.com

**4 attachments**

**Amended Complaint .pdf**
151K

**Civil Case Management Plan .pdf**
236K

**Notice of Pretrial Conference.pdf**
161K

**Letter (Lowe).pdf**
151K