moore & goodman pllc
attorneys at law

70 Lafayette Street
Third Floor
New York, NY 10013
P: (917) 740-2910
mooregoodmanlaw.com

June 9, 2026

**VIA ECF**

Honorable Valerie E. Caproni
District Court Judge
Southern District of New York
Courtroom 20C
500 Pearl Street
New York, NY 10007

**Re**: **ONLY PROPERTIES, LLC v. HAYLEY LOWE, 26-CV-02233 (VEC)**

Your Honor,

We represent Plaintiff Only Properties, LLC in this action, and are writing pursuant to this Court's March 26, 2026 Order ("Order") (Doc. 9).

First, we formally apologize to the Court for not submitting this letter on June 4, 2026, which was the due date pursuant to the Order. This inadvertent error will not happen again.

Second, the Order requires the parties to submit a joint letter to the Court. Unfortunately, despite our repeated attempts to serve the Defendant Hayley Lowe in Texas, she has to date avoided service and/or chosen not to contact my office. Accordingly, we cannot submit a joint letter, and the below is Plaintiff's portion of what would have been the joint letter had Defendant not chartered the course she did:

a) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s):

Plaintiff: This case involves a landlord-tenant dispute over an apartment in Manhattan owned by Plaintiff and rented by Defendant. Defendant who is no longer in possession failed to pay rent and severely damaged the apartment. Plaintiff seeks recovery of the arrears, property damage, and legal fees.

b) any contemplated motions;

Plaintiff: Once Plaintiff receives proof of service from its Texas process server, which Plaintiff expects to have by end of next week (June 12, 2026), Plaintiff will file a motion for a default judgment. Additionally, if Defendant does file an (untimely) answer, then Plaintiff anticipates filing a motion for summary judgment.

c) the basis for subject matter jurisdiction;

Diversity, 28 U.S. Code § 1332.

d) the prospect for settlement; and

Plaintiff: Given the severity of the damage caused and the nature of the dispute, the prospect for settlement at this juncture appears dim.

e) whether the parties believe a Rule 16 conference would be helpful or whether they believe it is unnecessary and that their proposed Case Management Plan be so ordered.

Rule 16 conference would be helpful if Defendant appears.

Thank you.

Respectfully submitted,

______________________
Robert Moore