# EXHIBIT 3

10:39 5G 78

3

HL

Hayley

iMessage
Today 10:06 AM

Ms. Lowe, my name is Robert Moore, and my firm represents Plaintiff in Only Properties LLC v Hayley Lowe, 26-CV-02233 (VEC) which is currently pending in SDNY.

I emailed you yesterday, but have not received a response. Please check your email and respond to me immediately, as I will be writing to the court today before noon.

Our joint letter and case management plan are due. I've sent you both via email and await your response. Additionally, please be advised that there is a preliminary conference currently scheduled for June 12 at 10 AM in Courtroom 20C at 500 Pearl St, NY NY.

**26-cv-02233-VEC Only Properties, LLC v. Hayley Lowe**

Ms. Lowe,

As you know, Plaintiff has commenced an action against you in Federal Court. Please see attached for Amended Complaint.

Pursuant to the Court's NOTICE OF INITIAL PRETRIAL CONFERENCE Order, which I've also attached hereto, the parties were supposed to

iMessage

Amended Complaint in Texas, you have not

10:39 5G 78

3

HL

Hayley

**26-cv-02233-VEC Only Properties, LLC v. Hayley Lowe**

Ms. Lowe,

As you know, Plaintiff has commenced an action against you in Federal Court. Please see attached for Amended Complaint.

Pursuant to the Court's NOTICE OF INITIAL PRETRIAL CONFERENCE Order, which I've also attached hereto, the parties were supposed to complete a joint statement and submit a civil case management plan by June 4, 2026. Although I believe you have received the Summons and Amended Complaint in Texas, you have not appeared or filed an answer. I also understand that you are or were an attorney, and am emailing you at this email address because it is the one you designated for your New York attorney registration, although same is currently delinquent.

3 Replies

I have never been served and I live in New Mexico. I can speak with you but I don't think this is proper

I would like to resolve this

I can call you back in 10 minutes

Ok

Delivered

iMessage