# EXHIBIT 4

you but I don't think this is proper

11:31 5G 67

I would like to resolve this

HL

I can call you back ... es

Hayley

Ok

Today 11:21 AM

I haven't been able to access the complaint. Proceed as you see fit and let me know if you want to discuss a settlement.

**Amended Complaint .pdf**
PDF Document · 154 KB

Can you access it now?

Delivered

iMessage

I The I'm

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123