moore & goodman pllc
attorneys at law

70 Lafayette Street
Third Floor
New York, NY 10013
P: (917) 740-2910
mooregoodmanlaw.com

July 13, 2026

**MEMO ENDORSED**

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

Honorable Valerie E. Caproni
District Court Judge
Southern District of New York
Courtroom 20C
500 Pearl Street
New York, NY 10007

**Re: ONLY PROPERTIES, LLC v. HAYLEY LOWE,**
**26-CV-02233 (VEC)**

Your Honor,

I represent Plaintiff Only Properties, LLC ("Plaintiff") in this action, and I am writing to respectfully request a brief extension of time to file a motion for a default judgment, which the Court ordered be done by today. Doc. 17. The basis for my request is that on July 7, 2026, my father, Robert Reed Moore, Sr., died out of state. Along with my brother, we buried him on Saturday, July 11, 2026, and I was not able to return to New York until last night. My father's obituary is here: https://www.moorefuneral.com/obituaries/robert-reed-moore.

In light of these events, I respectfully request an extension of time to file the motion to July 16, 2026.

Thank you.

Respectfully submitted,

Robert Moore

Application GRANTED. The Court extends its condolences to Mr. Moore.

SO ORDERED.

7/14/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE