UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONLY PROPERTIES, LLC,

Plaintiff,

-against-

HAYLEY LOWE,

Defendant.

Case No. 26-CV-02233 (VEC)

**CERTIFICATE OF SERVICE**

**ROBERT MOORE** declares the following under penalty of perjury and pursuant to 28 U.S.C. § 1746(2):

1. I am a member of Moore & Goodman, PLLC, attorneys for Plaintiff ONLY PROPERTIES, LLC ("Plaintiff"), I am over 18 years of age, and I am not a party to this action.

2. On July 16, 2026, I served upon Defendant Hayley Lowe, via email to LOWEHAYLEY@gmail.com and via text to (512) 983-0133 (*see* Doc. 14), the following documents:

(i) Clerk's Certificate of Default; and

(2) Declaration in Support and Request For Entry of Clerk's Certificate of Default.

*See* attached.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 16, 2026
New York, New York

**ROBERT MOORE**