moore & goodman pllc
attorneys at law

**Robert Moore <robert@mooregoodmanlaw.com>**

## 26-cv-02233-VEC Only Properties, LLC v. Hayley Lowe

**Robert Moore** <robert@mooregoodmanlaw.com> Thu, Jul 16, 2026 at 1:15 PM
To: LOWEHAYLEY@gmail.com

Ms. Lowe,

Please see attached:

(1) Clerk's Certificate of Default; and
(2) Declaration in Support and Request For Entry of Clerk's Certificate of Default.

Robert R. Moore
Moore & Goodman, PLLC
70 Lafayette Street, Third Floor
New York, NY 10013
P: (917) 740-2910
mooregoodmanlaw.com

[Quoted text hidden]

**2 attachments**

**Clerk's Certificate of Default.pdf**
91K

**Declaration and Request.pdf**
167K