1:18

HL
Hayley

Today 1:16 PM

**Clerk's Certificate of Default.pdf**
PDF Document · 93 KB

**Declaration and Request.pdf**
PDF Document · 170 KB

Ms. Lowe, please see the above (1) Clerk's Certificate of Default: and (2) Declaration in Support and Request For Entry of Clerk's Certificate of Default. Thank you.

Delivered

iMessage