moore & goodman pllc
attorneys at law

70 Lafayette Street
Third Floor
New York, NY 10013
P: (917) 740-2910
mooregoodmanlaw.com

MEMO ENDORSED

July 16, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026

**VIA ECF**

Honorable Valerie E. Caproni
District Court Judge
Southern District of New York
Courtroom 20C
500 Pearl Street
New York, NY 10007

**Re: ONLY PROPERTIES, LLC v. HAYLEY LOWE, 26-CV-02233 (VEC)**

Your Honor,

I represent Plaintiff Only Properties, LLC ("Plaintiff") in this action, and I am writing to respectfully request a second—and final—brief extension of time to file a motion for a default judgment, which the Court ordered be done by today. Doc. 21. My request to set the deadline to today, July 16, 2026, was too ambitious, in light of a remarkable number of matters that have arisen regarding my father's estate between July 13 and today. That said, I was able to obtain the Clerk's Certificate of Default, which was entered today. Doc. 25.

In light of these events, I respectfully request one final extension of time to file the motion to July 22, 2026.

Thank you.

Respectfully submitted,

Robert Moore

Application GRANTED. Plaintiff must move for default judgment not later than **July 22, 2026**.

SO ORDERED.

07/16/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE