UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ONLY PROPERTIES, LLC, Plaintiff, -against- HAYLEY LOWE, Defendant. | : | 26-CV-02233 (VEC) <br> <u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 18, 2026, Plaintiff filed a Complaint against Hayley Lowe ("Defendant"), Compl., Dkt. 1, which Complaint was later amended on March 25, 2026, First Am. Compl. ("FAC"), Dkt. 6;

WHEREAS this Court authorized service by alternative means after Plaintiff submitted evidence that it (1) attempted unsuccessfully to serve Defendant at her last known residence on three separate occasions, *see* Aff. of Service, Dkt. 12; (2) affixed a copy of the summons and Amended Complaint on her last known residence and mailed a copy thereto, *id.*, and (3) that it had successfully made contact with Defendant via phone and text message and confirmed her email address, *see* Dkt. 14;

WHEREAS Defendant was duly served with the summons and FAC by alternative means, *see* Dkt. 15;

WHEREAS to date, Defendant has neither answered the Complaint nor appeared in this action;

WHEREAS on July 16, 2026, the Clerk of Court issued a Certificate of Default upon Plaintiff's request, *see* Dkt. 25;

WHEREAS on July 22, 2026, Plaintiff timely moved for default judgment, *see* Dkt. 28, and submitted an affidavit of Plaintiff and of Robert Moore, Esq., and additional exhibits, in support thereof, *see* Dkts. 29-30;

WHEREAS on July 23, 2026, the Court ordered that Defendant show cause why default judgment should not be entered in Plaintiff's favor at a hearing on Thursday, September 24, 2026, *see* Dkt. 32; and

WHEREAS Defendant did not appear at the hearing.

IT IS HEREBY ORDERED that judgment be entered in favor of ONLY PROPERTIES, LLC, and against Defendant HAYLEY LOWE. Defendant is adjudicated liable to Plaintiff on Counts I and II of the FAC.

IT IS FURTHER ORDERED that Plaintiff ONLY PROPERTIES, LLC must submit evidence to substantiate the damages claimed and its request for attorney's fees and costs, no later than **Friday, October 9, 2026**.

The Clerk of Court is respectfully directed to enter judgment for Plaintiff as directed herein. The case will remain open pending resolution of Plaintiff's request for damages, fees, and costs.

**SO ORDERED.**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**

**Date: September 24, 2026**
**New York, New York**