**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

ONLY PROPERTIES, LLC,

Plaintiff,

26 **CIVIL** 2233 (VEC)

-against-

**JUDGMENT**

HAYLEY LOWE,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2026, Plaintiff's motion for default judgment is GRANTED. Accordingly, judgment is hereby entered in favor of ONLY PROPERTIES, LLC, and against Defendant HAYLEY LOWE. Defendant is adjudicated liable to Plaintiff on Counts I and II of the FAC.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**